U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Carl C. Greer and Thomas A. Floyd, Plaintiffs<br>v.<br>Advanced Equities, Inc., Keith Daubenspeck, and Dwight Badger, Defendants. | FILED: AUGUST 29, 2008<br>08CV4958<br>JUDGE MANNING<br>MAGISTRATE JUDGE COLE<br>TBK |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Carl C. Greer and Thomas A. Floyd

| NAME (Type or print) |
|---|
| Michael Dockterman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael Dockterman |
| FIRM |
| Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS |
| 225 West Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606-1229 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3121675 | TELEPHONE NUMBER<br>(312) 201-2652 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐